783 A.2d 243

IN THE MATTER OF JACOB WYSOKER,
AN ATTORNEY AT LAW.

October 30, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–219 concluding that **JACOB WYSOKER** of **NEW BRUNSWICK,** who was admitted to the bar of this State in 1951, should be suspended from the practice of law for a period of three months for violating *RPC* 3.3(a)(1) (lack of candor toward a tribunal), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **JACOB WYSOKER** is suspended from the practice of law for a period of three months and until the

further Order of the Court, effective November 23, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.